**INOVA LABS, INC., Appellant,**

v.

**INOGEN, INC., Appellee.**

**No. 2015–1067.**

United States Court of Appeals, Federal Circuit.

May 7, 2015.

Eric B. Meyertons, Meyertons, Hood, Kivlin, Kowert & Goetzel, P.C., Austin, TX, argued for appellant.

John B. Sganga, Jr., Knobbe, Martens, Olson & Bear, LLP, Irvine, CA, argued for appellee. Also represented by Linda H. Liu, Nicholas M. Zovko.

O'MALLEY, PLAGER, and TARANTO, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**